# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on December 7, 1999
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code __UZEK\]vnXwW

PROBATION FORM NO. 35

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

☑ FILED  ___ LODGED
___ RECEIVED  ___ COPY

DEC - 6 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## United States District Court
### FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

Crim. No. <u>89CR00067-001-TUC-ACM</u>
<u>88CR00256-009-TUC-ACM</u>

Porter Wayland Mickle

On <u>April 21, 1995,</u> the above named was placed on supervision for a period of <u>5</u> years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Brian J. Hoffman
Brian J. Hoffman
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this <u>3rd</u> day of <u>Dec</u>, 19<u>99</u>

Alfredo C. Marquez
Senior U.S. District Judge

USA  PO  ACM